UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kelvin E. Dunham, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2641 |
| | § | |
| Nancy A. Berryhill | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
|     *Defendant*. | § | |

## ORDER OF ADOPTION

On November 21, 2018, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 16), recommending that Dunham's motion for summary judgment be denied. No timely objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas this **12** day of December, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE